# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                              CASE NO: 6:22-bk-01606-TPG

CARMEN LYDIA REYES                                  CHAPTER 13

_____DEBTOR(S)_____/

### OBJECTION TO CLAIM NO. 6-1 FILED BY JP MORGAN CHASE BANK, NATIONAL ASSOCIATION

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street , Suite 5100, Orlando, FL 32801 within 30 days plus an additional three(3) days if this paper was served on any party by U.S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response**

Debtor, by and through the undersigned attorney, files this objection to Claim No. 6-1 filed by **JP MORGAN CHASE** BANK, NATIONAL ASSOCIATION and in support thereof states:

1. That JP Morgan Chase Bank, National Association has filed a proof of claim (Claim No. 6-1) which states that the debtor owes the amount of $353,132.04 for money loaned. (line 8 of the Proof of Claim).

That attached to the claim is a Mortgage Proof of Claim statement that states that the Principal amount due is $182,700.00 and that and that with Interest fees and Escrow deficiency the amount owed is $353,132.04

2. That the attachments to Claim No. 6-1 filed by JP MORGAN CHASE NATIONAL ASSOCIATION do not indicate that Carmen Lydia Reyes ever loaned any money from JP Morgan Chase Bank, National Association.
3. The debtor denies that she ever took the mortgage loan that is the subject of the proof of claim from JP Morgan Chase Bank, National Association and no judgment has been entered for this claim against the debtor.
4. The documents show that allegedly a loan was taken out by a Patrick M Michelletti Jr and that Chase Bank USA allegedly loaned money to Mr. Michelletti however the debtor Carmen Reyes did not take out said loan and was not a party to said loan and therefore files this objection to the claim Number 6-1 filed by JP Morgan Chase Bank, National Association.
5. The debtor Carmen Lydia Reyes disputes this claim and the lien on her homestead real property which has been placed on her property as a result of the alleged loan made to Patrick Michelletti, Jr..

Wherefore, the debtor prays that this Honorable Court disallow the claim in its entirety and award reasonable attorney fees and for such other relief as the Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Objection to Claim No. 6-1 of JP Morgan Chase has been furnished by electronic filing and/or U.S. Mail to Reka Beane, McCalla Raymer Liebert Piercew, LLV `1544 Old Alabama Road, Roswell, GA 30076 attorney for JP Morgan Chase Bank , National Association and to Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790 on this 8th day of August, 2022.

/s/LINDA LEE WYNN
Linda Lee Wynn, Esq.
FBN: 0878529
Law Office of Linda Lee Wynn, PA
PO Box 48856
Tampa, FL 33646
(813) 274-4994