UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re
CARMEN L. REYES

Case No: 6:22-bk-01606-TPG
Chapter 13

_____ Debtor /

### Notice of Chapter 13 Confirmation Hearing

**PLEASE TAKE NOTICE** that the Debtor filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

Creditors are advised that the payment amounts and frequency of payments as described in the Debtor's plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days from the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

**NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 10/04/2022 at 10:15 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL 32801.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances — Orlando). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court-solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. **The Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending and requires determination**, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the Debtor objects on the grounds of timeliness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

Appropriate Attire. You are reminded that Local Rule 5072-(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. **You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse** absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the Court's official mailing matrix this 25th day of August, 2022.

/S/ LAURIE K. WEATHERFORD
_____
Chapter 13 Trustee
Stuart Ferderer, FBN 0746967
Ana DeVilliers, FBN 0123201
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-01606-TPG<br>Middle District of Florida<br>Orlando<br>Thu Aug 25 12:39:30 EDT 2022 | Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Carmen Lydia Reyes<br>1883 Sarno Access Road<br>Melbourne, FL 32935-3985 |
| Ally Financial<br>c/o AIS Portfolio Services L<br>4515 N. Santa Fe Ave Dept AP<br>Oklahoma City, OK 73118-7901 | Ally Financial c/o AIS Portfolio Services, L<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Brevard County Tax Collector<br>Attn:  Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 |
| (p)AUDREY MCGILL<br>CREDITONE LLC<br>P O BOX 625<br>METAIRIE LA 70004-0625 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| J.P. Morgan Chase<br>Nelson Mullins Riley &<br>Scarborough LLP<br>100 SE 3rd Ave Ste 2700<br>Fort Lauderdale, FL 33394-0017 | JP Morgan Chase N.A,<br>c/o Nelson Mullins Riley &<br>Scarborough LLP<br>100 SE 3rd Ave Ste 2700<br>Fort Lauderdale, FL 33394-0017 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| LVNV Funding<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Plaza Services, LLC -<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Richard Vaughn<br>PO Box 360625<br>Melbourne, FL 32936-0625 | US Department of Education -<br>P O Box 16448<br>St Paul, MN  55116-0448 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Linda Lee Wynn +<br>Law Offices of Linda Lee Wynn, P.A.<br>PO Box 48856<br>Tampa, FL 33646-0124 | United States Trustee - ORL7/13 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Nancy E Brandt +<br>Bogin Munns & Munns<br>1000 Legion Place, Suite 1000<br>Orlando, FL 32801-1025 |
| Reka Beane +<br>McCalla Raymer Leibert Pierce, LLC<br>110 S.E. 6th Street, Suite 2400<br>Fort Lauderdale, FL 33301-5056 | Tiffany P. Geyer +<br>Orlando<br>400 West Washington Street<br>Room 6100<br>Orlando, FL 32801-2207 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CREDITONE, LLC -<br>P.O. BOX 625<br>METAIRIE, LA 70004-0625 | JPMorgan Chase Bank, National Association -<br>Chase Records Center, At: Correspondence<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case | End of Label Matrix<br>Mailable recipients     22<br>Bypassed recipients      2<br>Total                   24 |